**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:25-cv-60899-AHS**

**JEAN MOKLED,**
*individually and on behalf of all*
*those similarly situated,*

      Plaintiff,

v.

**HANNA CARS LLC,**

      Defendant.

_____/

**<u>NOTICE OF STRIKING</u>**

    Plaintiff Jean Mokled ("Plaintiff) hereby gives Notice of Striking Notice of Change of Address/Contact Information [D.E 16], filed on July 1, 2025, as it was filed in error.

    *[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

DATED: July 3, 2025

Respectfully Submitted,

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640

*COUNSEL FOR PLAINTIFF*