UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60899-CIV-SINGHAL

JEAN MOKLED,

    Plaintiff,

vs.

HANNA CARS LLC.,

    Defendant.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement (DE [22]) filed by the parties. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **August 21, 2025**. The Court retains jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of July 2025.

                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF