UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60899-CIV-SINGHAL

JEAN MOKLED,

      Plaintiff,

vs.

HANNA CARS LLC.,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation for Final Order of Dismissal with Prejudice filed by the parties.  (DE [24]).  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

      **ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE,** with each party bearing its own attorneys' fees and costs.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of July 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF